UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61140-CIV-DIMITROULEAS

Jeffrey Steele, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.

Business Revenue Systems, Inc.,

    Defendant.
_____/

**ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL**

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal (the "Notice"). The Court has considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Notice is hereby **APPROVED;**

2. This action is hereby **DISMISSED WITH PREJUDICE**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of June, 2018.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record

1